UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

v.                                            CRIMINAL NO. 4:21cr082

ANTOINE JACKSON

### PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO THE HONORABLE LEROY PERCY, MAGISTRATE OF THE COURT AFORESAID:

Clay Joyner, Acting United States Attorney for the Northern District of Mississippi respectfully represents to the court as follows:

1. That the defendant, ANTOINE JACKSON, (B/M, DOB 1989, SSN 9555), is presently confined at the Washington County Correctional Facility, 60 Stokes King Road, Greenville, Mississippi 38701, as a state prisoner, having been duly committed to said institution under and in pursuance of the laws of the State of Mississippi;

2. That this cause is now pending for initial appearance on the docket of this court and that said cause has been set for initial appearance in Oxford, Mississippi, on September 8, 2021, at 11:00 a.m.

WHEREFORE, your petitioner prays that a writ of habeas corpus ad prosequendum issue out of this Court to the United States Marshal for the Northern District of Mississippi; and/or any other United States Marshal, commanding them to produce the body of ANTOINE JACKSON, (B/M, DOB 1989, SSN 9555) before this Court for initial appearance in Oxford, Mississippi,

on September 8, 2021, at 11:00 a.m. and to return safely said prisoner to the custody of the Washington County Correctional Facility in Greenville, Mississippi, forthwith at the conclusion of the above cause.

                                                        Respectfully submitted,

                                                        CLAY JOYNER
                                                        Acting United States Attorney

By:    /s/ *Robert J. Mims*_____
        ROBERT J. MIMS
        Assistant United States Attorney

Sworn to and subscribed before me, this the 7th day of September, 2021.

                                                        /s/ *Claire G. Robinson*_____
                                                        NOTARY PUBLIC

My commission expires: 

(Seal)