IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

UNITED STATES OF AMERICA

v.                                                    CRIMINAL NO.  4:21-cr-82-SA-JMV-1

ANTOINE JACKSON

## <u>ORDER SUBSTITUTING COUNSEL</u>

The Federal Public Defender has moved for an order substituting counsel in the above-styled and numbered cause due to a potential conflict of interest.  The Office of the Federal Public Defender contacted **Kelsey L. Dismukes** on **February 23, 2022,** who agreed to be appointed as counsel to represent this defendant in his cause to eliminate any possibility of a conflict of interest and **Kelsey L. Dismukes** agreed to be substituted as counsel for the defendant.

Therefore, IT IS HEREBY ORDERED AND ADJUDGED that:

The Office of the Federal Public Defender is hereby released from the obligation of the representation of this defendant and any other responsibilities concerning the above-styled and numbered cause and that **Kelsey L. Dismukes** hereby substituted as counsel of record for the defendant in this cause.

IT IS SO ORDERED this the 23rd day of February, 2022.


 /s/ Jane M. Virden
UNITED STATES MAGISTRATE JUDGE